# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00740-CV

### In re Acme Electric Corporation

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Acme Electric Corporation filed its petition for writ of mandamus on November 15, 2005. On December 8, the parties filed a joint motion to abate the proceeding, stating that they had reached a tentative settlement agreement. On December 16, we granted the motion and abated the proceeding. The parties have now filed an agreed motion to dismiss the proceeding, stating that they have executed a settlement agreement. We therefore reinstate the cause, grant the agreed motion, and dismiss this proceeding.

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed:   February 24, 2006